

Louis V. Fasulo, Esq.– NY & NJ
Samuel M. Braverman, Esq.– NY & NJ
Charles Di Maggio, Esq.– NY

www.FBDMLaw.com

September 20, 2022

Hon. Jennifer L. Rochon
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Boyd, et. al. (John Perez)
      Case No.: 22 Cr. 468 (JLR)

Dear Judge Rochon,

    I was recently assigned, pursuant to the Criminal Justice Act, to represent John Perez in the above referenced matter. Mr. Perez is currently out on a $50,000 bond, to be secured by two financially responsible people. Mr. Perez has secured information from one of the potential sureties. In order to provide sufficient time to retrieve information from the second surety, I respectfully request a 1-week extension of time to satisfy the conditions of the bond.

    The Government has no objection to this request.

    Thank you for your attention in this matter.

**The request for an extension until September 27, 2022 is GRANTED.**

SO ORDERED

*Jennifer Rochon*
JENNIFER L. ROCHON
United States District Judge

September 21, 2022

Cc.:   AUSA

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213