

Louis V. Fasulo, Esq.— NY & NJ
Samuel M. Braverman, Esq.— NY & NJ
Charles Di Maggio, Esq.— NY

www.FBDMLaw.com

**Application GRANTED.** Defendant John Perez shall satisfy the bond requirements in this matter by September 30, 2022.

Dated: September 27, 2022
New York, New York

SO ORDERED

JENNIFER L. ROCHON
United States District Judge

September 26, 2022

Hon. Jennifer L. Rochon
United States District Court for the
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   United States v. Boyd, et. al. (John Perez)
      Case No.: 22 Cr. 468 (JLR)

Dear Judge Rochon,

    I represent John Perez in the above referenced matter. As stated on the record during the court conference held on September 22, and with consent of the Government, I respectfully request until Friday, September 30 to satisfy the bond requirements in this matter.

    Thank you for your attention in this matter.

Respectfully submitted,

s/Louis V. Fasulo
Louis V. Fasulo
Fasulo Braverman & Di Maggio, LLP
225 Broadway, Suite 715
New York, New York 10007
Tel. 212-566-6213

Cc.:   AUSA