UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

            -against-

JOHN PEREZ,

               Defendant.

22-cr-00468 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

Given the death of Defendant John Perez, IT IS HEREBY ORDERED that

counsel shall file the necessary document(s) to terminate John Perez from the docket.

Dated: September 6, 2023
      New York, New York

SO ORDERED.

*Jennifer Rochon*

JENNIFER L. ROCHON
United States District Judge